IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LENADO S. SUMMAGE,<br><br>              Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services,<br><br>              Respondent. | 8:21CV66<br><br>**ORDER** |

      IT IS ORDERED that Respondent's Motion to Substitute Respondent (Filing 8) is granted. The Clerk shall update CM/ECF to reflect that Scott R. Frakes, the Director of the Nebraska Department of Correctional Services, is the sole respondent in this case.

      Dated this 31st day of March, 2021.

                                                        BY THE COURT:

                                                        *Richard G. Kopf*<br>
                                                        Richard G. Kopf<br>
                                                         Senior United States District Judge