IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LENADO S. SUMMAGE, <br><br> Petitioner, <br><br> vs. <br><br> STATE OF NEBRASKA, and SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services; <br><br> Respondents. | 8:21CV66 <br><br> **ORDER** |

IT IS ORDERED that Petitioner's Unopposed Motion to Continue Deadline to File Responsive Brief (Filing 14) is granted. Petitioner's responsive brief shall be filed on or before September 20, 2021.

Dated this 21st day of June, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge