IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LENADO S. SUMMAGE,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, and SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services;<br><br>Respondents. | **8:21CV66**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED that:

(1)     Two hours of oral argument on Petitioner's habeas petition (Filing 1), Respondent's Answer (Filing 11), and the parties' respective briefs (Filings 12, 16, & 17) is set on Tuesday, March 8, 2022, at 12:00 noon to 2:00 p.m., before the undersigned, in Courtroom No. 2, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska.

(2)     The Petitioner will go first. The Respondent will go second. The Petitioner may then engage in rebuttal if that party has time remaining. Each side will have one hour total to make their argument.

(3)     The State of Nebraska shall produce Petitioner Lenado S. Summage to be present at the oral argument.

Dated this 4th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge